In the Matter of:

**CV** **10** MISC. ACTION NO. **0 2 9** MISC

**CERTAIN CERAMIC CAPACITORS
AND PRODUCTS CONTAINING SAME**

Samsung Electro-Mechanics Co., Ltd.
314 Maetan-3-dong, Yeongtong-gu
Suwon City 443-743, South Korea

Samsung Electro-Mechanics America, Inc.
3345 Michelson Drive, Suite 350
Irvine, California 92612

**REQUEST FOR ISSUANCE OF AN ORDER
TO TAKE DEPOSITIONS IN JAPAN**

DEPONENTS:
EMPLOYEES OF MURATA
MANUFACTURING CO. LTD.

**FILED**

FEB - 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RESPONDENTS' EMERGENCY UNOPPOSED MOTION FOR THE UNITED
STATES DISTRICT COURT FOR THE NORTHER DISTRICT OF CALIFORNIA TO
ISSUE AN ORDER/COMMISSION FOR THE TAKING OF DEPOSITIONS IN JAPAN**

Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung Electro-Mechanics America, Inc. (together, the "SEMCO Respondents"), Respondents in *Certain Ceramic Capacitors and Products Containing Same*, Inv. No. 337-TA-692, before the United States International Trade Commission ("ITC"), hereby move this Court to issue the attached order (Ex. 1) to enable any consular officer at the United States Consulate in Osaka, Japan to permit the taking of voluntary depositions of the following employees of Complainant Murata Manufacturing Co. Ltd. (hereinafter, "Murata"), located at 10-1 Higashikotari 1-chome, Nagaokakyo-shi, Kyoto Japan 617-8555:

> Yoshikazu Takagi
> Yasushi Ueno
> Hiroshi Sekidou
> Nagato Omori
> Kazuaki Kawabata

The above-named employees are appearing voluntarily for depositions beginning on or about February 18, 2010 and continuing day-to-day until on or about February 26, 2010.

Respondents have already filed this motion and obtained the requisite District Court order from the United States District Court for the District of Columbia. (*See* Exs. 2 & 3.) Unfortunately, in that order, attorney Stephen James Akerley's name is spelled incorrectly. (Ex. 3 ("Steven J. Akerley").) Because of this typographical error, the Japanese Consulate in San Francisco will not issue the required deposition visa. Respondents ask that this Court issue the attached order correcting the typographical error on an expedited basis to ensure that the aforementioned depositions may proceed as scheduled.

Dated: February 5, 2010

Respectfully submitted,

Anne E. Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

*Counsel for Samsung Electro-Mechanics Co., Ltd.*
*and Samsung Electro-Mechanics America, Inc.*

# EXHIBIT 1

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of:** | **MISC. ACTION NO.** _____ |
| **CERTAIN CERAMIC CAPACITORS AND PRODUCTS CONTAINING SAME** | **REQUEST FOR ISSUANCE OF AN ORDER TO TAKE DEPOSITIONS IN JAPAN** |
| Samsung Electro-Mechanics Co., Ltd.<br>314 Maetan-3-dong, Yeongtong-gu<br>Suwon City 443-743, South Korea | DEPONENTS:<br>EMPLOYEES OF MURATA<br>MANUFACTURING CO. LTD. |
| Samsung Electro-Mechanics America, Inc.<br>3345 Michelson Drive, Suite 350<br>Irvine, California 92612 | |

## **DEPOSITION ORDER**

TO:     Any Consul or Vice Consul of The United States of America
        American Consulate General Osaka-Kobe, Japan
        11-5 Nishitenma 2-chome, Kita-ku
        Osaka 530-8543, Japan

Upon application by Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung

Electro-Mechanics America, Inc. (together, the "SEMCO Respondents") and pursuant to Article

17 of the United States-Japan Consular Convention, it is hereby **ORDERED** that the depositions

on notice of the following employees of Murata Manufacturing Co. Ltd. (hereinafter, "Murata")

be taken, and the marking of any documentary exhibits in connection therewith be permitted, at

the United States Consulate in Osaka, Japan, before any consular officer of the United States:

> Yoshikazu Takagi
> Yasushi Ueno
> Hiroshi Sekidou
> Nagato Omori
> Kazuaki Kawabata

It is further **ORDERED** that the depositions of these employees of Murata shall commence on or about February 18, 2010, and continue day-to-day until on or about February 26, 2010.

Listed below are names of the persons who may participate, attend or assist in these depositions:

### For Respondents

Stephen James Akerley (counsel)
David Murphy (counsel)
John Kappos (counsel)
Kristopher M. Dawes (counsel)
Paul Zeineddin (counsel)
George Riley (counsel)
Anne Huffsmith (counsel)
Michelle Clark (counsel)
Jennifer Glad (counsel)
Matthew Moses (counsel)
Sharon Lancaster (court reporter-Veritext Court Reporters)
Soseh Celestina Kevorkian (videographer-Veritext Court Reporters)
Jeanne Bullis (court reporter – Merrill Corporation)
Wah Kit (videographer – Merrill Corporation)
Glen Anderson (interpreter–Pan-Asia Consulting & Language Services, Inc.)
Megumi Matsuoka (interpreter–Pan-Asia Consulting & Language Services, Inc.)

### For Complainants

Steven J. Routh (counsel)
Sten A. Jensen (counsel)
Steven E. Adkins (counsel)
Jordan Coyle (counsel)
T. Vann Pearce (counsel)
William H. Wright (counsel)
Nic Merrin (counsel)
Diana Szego (counsel)
Alan Chen (counsel)
John Inge (counsel)
Seiko Hino (interpreter)
Jin Jung Ja (interpreter)

2

Chieko Sakuta (interpreter)

Toyu Yazaki (interpreter)

Toshi Tahara (Murata representative)

Tsuyoshi Kunotsubo (Murata representative)

**For the International Trade Commission**

Aarti Shah (counsel)

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the deposition to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and make the return of these materials to this Court with all convenient speed.

**WITNESS**, the Honorable JEFFREY S. WHITE, United States Judge of the United States District Court for the Northern District of California, this 5 day of Feb., 2010.

_____

United States District Judge

United States District Court

Northern District of California

450 Golden Gate Ave.

San Francisco, CA 94102

**Jeffrey S. White**

I hereby certify that the signature above is that of the Honorable _____,

United States Judge of the United States District Court for the Northern District of California.

**RICHARD W. WIEKING**

_____ Clerk of the Court

Date: FEB 05 2010

Deputy Clerk: _____

Seal:

3

# EXHIBIT 2

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:** | **MISC. ACTION NO. _____** |
| **CERTAIN CERAMIC CAPACITORS AND PRODUCTS CONTAINING SAME** | **REQUEST FOR ISSUANCE OF AN ORDER TO TAKE DEPOSITIONS IN JAPAN** |
| Samsung Electro-Mechanics Co., Ltd. 314 Maetan-3-dong, Yeongtong-gu Suwon City 443-743, South Korea | DEPONENTS: EMPLOYEES OF MURATA MANUFACTURING CO. LTD. |
| Samsung Electro-Mechanics America, Inc. 3345 Michelson Drive Suite 350 Irvine, California 92612 | Case: 1:10-mc-00074 Assigned To : Sullivan, Emmet G. Assign. Date : 1/22/2010 Description: Miscellaneous |

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Samsung Electro-Mechanics Co., Ltd. and

Samsung Electro-Mechanics America, Inc., certify that to the best of my knowledge and belief,

the following are parent companies, subsidiaries or affiliates of Samsung Electro-Mechanics Co.,

Ltd. and Samsung Electro-Mechanics America, Inc. which have any outstanding securities in the

hands of the public.

Samsung Electro-Mechanics Co., Ltd.

These representations are made in order that judges of this court may determine the need

for recusal.

Dated: January 22, 2010

Respectfully submitted,

V. James Adduci, II
David H. Hollander, Jr.
Asha Allam
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300

George Riley
Anne Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Stephen J. Akerley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600

David Murphy
John Kappos
Kristopher M. Dawes
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600

*Attorneys for Samsung Electro-Mechanics Co., Ltd.*
*and Samsung Electro-Mechanics America, Inc.*

SEMCO701110

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (PUBLIC)** was served to the parties, in the manner indicated below, this 22nd day of January 2010:

The Honorable E. James Gildea
ADMINISTRATIVE LAW JUDGE
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 317-E
Washington, DC 20436
**(VIA HAND DELIVERY – 2 copies)**

Aarti Shah, Esq.
Office of Unfair Import Investigations
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 401N
Washington, DC 20436
**(VIA ELECTRONIC MAIL)**

### COUNSEL FOR COMPLAINANT MURATA MANUFACTURING CO., LTD. AND MURATA ELECTRONICS NORTH AMERICA, INC.

Steven J. Routh
Sten A. Jensen
Steven E. Adkins
T. Vann Pearce
Jordan Coyle
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005
**(VIA ELECTRONIC MAIL)**

William H. Wright
Nic Merrin
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017
**(VIA ELECTRONIC MAIL)**

ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth St., N.W., Fifth Floor
Washington, DC 20036

SEMCO100010-Disc

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of: | MISC. ACTION NO. _____ |
| CERTAIN CERAMIC CAPACITORS AND PRODUCTS CONTAINING SAME | REQUEST FOR ISSUANCE OF AN ORDER TO TAKE DEPOSITIONS IN JAPAN |
| Samsung Electro-Mechanics Co., Ltd. 314 Maetan-3-dong, Yeongtong-gu Suwon City 443-743, South Korea | DEPONENTS: EMPLOYEES OF MURATA MANUFACTURING CO. LTD. |
| Samsung Electro-Mechanics America, Inc. 3345 Michelson Drive, Suite 350 Irvine, California 92612 | Case: 1:10-mc-00074 Assigned To : Sullivan, Emmet G. Assign. Date : 1/22/2010 Description: Miscellaneous |

## RESPONDENTS' EMERGENCY UNOPPOSED MOTION FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION FOR THE TAKING OF DEPOSITIONS IN JAPAN

Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung Electro-Mechanics America, Inc. (together, the "SEMCO Respondents"), Respondents in *Certain Ceramic Capacitors and Products Containing Same*, Inv. No. 337-TA-692, before the United States International Trade Commission ("ITC"), hereby move this Court to issue the attached order (Ex. A.) to enable any consular officer at the United States Consulate in Osaka, Japan to permit the taking of voluntary depositions of the following employees of Complainant Murata Manufacturing Co. Ltd. (hereinafter, "Murata"), located at 10-1 Higashikotari 1-chome, Nagaokakyo-shi, Kyoto Japan 617-8555:

> Yoshikazu Takagi
> Yasushi Ueno
> Hiroshi Sekidou
> Nagato Omori
> Kazuaki Kawabata

The above-named employees are appearing voluntarily for depositions beginning on or about February 18, 2010 and continuing day-to-day until on or about February 26, 2010.

For the reasons set forth in the accompanying memorandum of points and authorities, incorporated herein by reference, the SEMCO Respondents respectfully request that the Court assign a judge to this matter and, if necessary, schedule a hearing to expedite the issuance of this order, so that the parties may comply with the scheduling order in the ITC Investigation and have sufficient time to obtain the necessary visas to conduct the deposition at the United States Consulate in Osaka, Japan. Complainants Murata Manufacturing Co. Ltd. and Murata Electronics North America, Inc. and the Commission Investigative Staff of the Office of Unfair Import Investigations does not oppose this motion.

Dated: January 22, 2010          Respectfully submitted,

V. James Adduci, II
David H. Hollander, Jr.
Asha Allam
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300

George Riley
Anne Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Stephen J. Akerley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600

2

David Murphy
John Kappos
Kristopher M. Dawes
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600

*Counsel for Samsung Electro-Mechanics Co., Ltd.
and Samsung Electro-Mechanics America, Inc.*

SEMCO700910

3

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:** | **MISC. ACTION NO. _____** |
| **CERTAIN CERAMIC CAPACITORS AND PRODUCTS CONTAINING SAME** | **REQUEST FOR ISSUANCE OF AN ORDER TO TAKE DEPOSITIONS IN JAPAN** |
| Samsung Electro-Mechanics Co., Ltd. 314 Maetan-3-dong, Yeongtong-gu Suwon City 443-743, South Korea | DEPONENTS: EMPLOYEES OF MURATA MANUFACTURING CO. LTD. |
| Samsung Electro-Mechanics America, Inc. 3345 Michelson Drive, Suite 350 Irvine, California 92612 | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONDENTS' EMERGENCY UNOPPOSED MOTION FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION FOR THE TAKING OF DEPOSITIONS IN JAPAN

Samsung Electro-Mechanics Co., Ltd. and Samsung Electro-Mechanics America, Inc. (together, the "SEMCO Respondents"), Respondents in *Certain Ceramic Capacitors and Products Containing Same*, Inv. No. 337-TA-692, before the United States International Trade Commission ("ITC"), hereby submit this memorandum of points and authorities in support of their unopposed motion for an Order from this Court to enable any consular officer at the Consulate General of the United States of America, Osaka-Kobe in Osaka, Japan ("Osaka Consulate") to permit the taking of voluntary depositions of certain employees of Complainant Murata Manufacturing Co. Ltd. (hereinafter, "Murata") in Osaka, Japan in connection with the aforementioned investigation.

### I.    STATEMENT OF FACTS

On January 19, 2010, pursuant to Section 210.28 of the ITC Rules of Practice of Procedure (19 C.F.R. § 210.28) and the Ground Rules set forth in Order No. 2 in the above-

mentioned Investigation, the SEMCO Respondents issued to Murata notices of deposition of the following Murata employees

> Yoshikazu Takagi
> Yasushi Ueno
> Hiroshi Sekidou
> Nagato Omori
> Kazuaki Kawabata

(Ex. B.) Murata has agreed to produce these individuals for deposition at the Osaka Consulate. Accordingly, the SEMCO Respondents have reserved a room at the Osaka Consulate from February 18, 2010 to February 26, 2010, so that the SEMCO Respondents may conduct the depositions of these Murata employees on or around those dates. (*See* Ex. C.)

On January 21, 2010, the SEMCO Respondents requested that the Honorable E. James Gildea, the Administrative Law Judge ("ALJ") presiding over the investigation before the ITC, issue a Recommendation to this Court for an order or commission allowing these depositions to go forward at the Osaka Consulate on the February dates. (*See* Ex. D, original exhibits omitted.) ALJ Gildea granted the SEMCO Respondents' request and issued such a Recommendation, which was certified by the ITC's Office of the Secretary on January 22, 2010. (*See* Ex. E.)

It is the position of the Osaka Consulate that an order from a United States District Court is required in order to conduct the depositions at the Consulate and obtain visas to enter Japan for that purpose. Accordingly, the SEMCO Respondents file the present motion with this Court to obtain an order to permit the taking of depositions in Osaka, Japan as scheduled. The Osaka Consulate originally gave the SEMCO Respondents a deadline of January 21, 2010, to provide the Consulate with the required District Court order, but recently extended that deadline to around January 25, 2010. (*See* Ex. C.)

2

## II. STATEMENT OF POINTS & AUTHORITIES

Article 17(1)( e)(ii)-(iii) of the U.S.-Japan Consular Convention provides that consular officers may:

> (ii) take depositions, on behalf of the courts or other judicial tribunals or authorities of the sending state, voluntarily given, or
>
> (iii) administer oaths to any person in the receiving state in accordance with the laws of the sending state and in a manner not inconsistent with the laws of the receiving state.

U.S.-Japan Consular Convention, Art. 17(l)(e)(ii), (iii), Mar. 22, 1963, 15 U.S.T. 768. The requested order is necessary because the Government of Japan interprets this provision very strictly. (*See* Ex. F.) Depositions in Japan must be taken "(1) on U.S. consular premises; (2) pursuant to a commission (28 U.S.C. App. Fed. R. Civ. P. Rule 28(b)(2)) to take a deposition issued by a court to any Consul or Vice-Consul of the United States at (Tokyo, Naha, Osaka-Kobe, Sapporo, Fukuoka) or (3) on notice provided an order issued by a court in the United States specifically authorizes an U.S. consular officer to take the deposition on notice." (*Id.*) To comply with these requirements, the Osaka Consulate requires that parties seeking to conduct depositions submit "a certified copy of the court order or commission that includes the names of everyone to be deposed." (*See* Ex. G.)

This Court has the authority to issue the requested order pursuant to the All Writs Act, 28 U.S.C. § 1651 and LCvR 40.3 n.1. This Court has honored such requests in the past, in order to permit the taking of depositions taken in other ITC Investigations. *See e.g., Certain Variable Speed Wind Turbines & Components Thereof,* Misc. No. 08-710 (Nov. 7, 2008) (attached hereto as Exhibit H); *In the Matter of Certain Semiconductor Integrated Circuits Using Tungsten Metallization & Prods. Containing Same,* Misc. No. 08-709 (Nov. 4, 2008) (attached hereto as Exhibit I); *In the Matter of Certain Probe Card Assemblies, Components Thereof & Certain*

3

*Tested DRAM and NAND Flash Memory Devices & Prods. Containing the Same,* Misc. Action No. 08-MC-266-TFH, Orders issued May 5 and 8, 2008 (attached hereto as Exhibit J).

## III.  CONCLUSION

For the foregoing reasons, the SEMCO Respondents respectfully request that the Court assign a judge to this matter and, if necessary, schedule a hearing to expedite the issuance of the above-described order, so that the parties may comply with the scheduling order in the ITC Investigation and have sufficient time to obtain the necessary visas to conduct the referenced depositions at the United States Consulate in Osaka, Japan.

Dated: January 22, 2010              Respectfully submitted,

V. James Adduci, II
David H. Hollander, Jr.
Asha Allam
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300

George Riley
Anne Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Stephen J. Akerley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600

David Murphy
John Kappos
Kristopher M. Dawes
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600

*Counsel for Samsung Electro-Mechanics Co., Ltd.
and Samsung Electro-Mechanics America, Inc.*

SEMCO701010

## LIST OF EXHIBITS

**Exhibit A –** Proposed Order

**Exhibit B –** Notices of Deposition

**Exhibit C –** Letter from Consulate

**Exhibit D –** Application for Recommendation (original exhibits omitted)

**Exhibit E –** Recommendation signed by Administrative Law Judge Gildea and Certified by Secretary Marilyn Abbott

**Exhibit F –** U.S. Department of State – Bureau of Consular Affairs, *Japan Judicial Assistance*

**Exhibit G –** "Taking Depositions in Osaka"

**Exhibit H –** *Certain Variable Speed Wind Turbines & Components Thereof*, Misc. No. 08-710

**Exhibit I –** *Certain Semiconductor Integrated Circuits Using Tungsten Metallization & Products Containing Same*, Misc. No. 08-709

**Exhibit J –** *Certain Probe Card Assemblies, Components Thereof & Certain Tested DRAM & NAND Flash Memory Devices & Products Containing the Same*, Misc. Action NO. 08-MC-266-TFH

# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| In the Matter of: | MISC. ACTION NO. _____ |
|---|---|
| **CERTAIN CERAMIC CAPACITORS AND PRODUCTS CONTAINING SAME** | **REQUEST FOR ISSUANCE OF AN ORDER TO TAKE DEPOSITIONS IN JAPAN** |
| Samsung Electro-Mechanics Co., Ltd. 314 Maetan-3-dong, Yeongtong-gu Suwon City 443-743, South Korea | DEPONENTS: EMPLOYEES OF MURATA MANUFACTURING CO. LTD. |
| Samsung Electro-Mechanics America, Inc. 3345 Michelson Drive, Suite 350 Irvine, California 92612 | |

## DEPOSITION ORDER

TO: Any Consul or Vice Consul of The United States of America
American Consulate General Osaka-Kobe, Japan
11-5 Nishitenma 2-chome, Kita-ku
Osaka 530-8543, Japan

Upon application by Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung

Electro-Mechanics America, Inc. (together, the "SEMCO Respondents") and pursuant to Article

17 of the United States-Japan Consular Convention, it is hereby **ORDERED** that the depositions

on notice of the following employees of Murata Manufacturing Co. Ltd. (hereinafter, "Murata")

be taken, and the marking of any documentary exhibits in connection therewith be permitted, at

the United States Consulate in Osaka, Japan, before any consular officer of the United States:

> Yoshikazu Takagi
> Yasushi Ueno
> Hiroshi Sekidou
> Nagato Omori
> Kazuaki Kawabata

It is further **ORDERED** that the depositions of these employees of Murata shall commence on or about February 18, 2010, and continue day-to-day until on or about February 26, 2010.

Listed below are names of the persons who may participate, attend or assist in these depositions:

### For Respondents

Steven J. Akerley (counsel)
David Murphy (counsel)
John Kappos (counsel)
Kristopher M. Dawes (counsel)
Paul Zeineddin (counsel)
George Riley (counsel)
Anne Huffsmith (counsel)
Michelle Clark (counsel)
Jennifer Glad (counsel)
Matthew Moses (counsel)
Sharon Lancaster (court reporter-Veritext Court Reporters)
Soseh Celestina Kevorkian (videographer-Veritext Court Reporters)
Jeanne Bullis (court reporter – Merrill Corporation)
Wah Kit (videographer – Merrill Corporation)
Glen Anderson (interpreter–Pan-Asia Consulting & Language Services, Inc.)
Megumi Matsuoka (interpreter–Pan-Asia Consulting & Language Services, Inc.)

### For Complainants

Steven J. Routh (counsel)
Sten A. Jensen (counsel)
Steven E. Adkins (counsel)
Jordan Coyle (counsel)
T. Vann Pearce (counsel)
William H. Wright (counsel)
Nic Merrin (counsel)
Diana Szego (counsel)
Alan Chen (counsel)
John Inge (counsel)
Seiko Hino (interpreter)
Jin Jung Ja (interpreter)

Chieko Sakuta (interpreter)
Toyu Yazaki (interpreter)
Toshi Tahara (Murata representative)
Tsuyoshi Kunotsubo (Murata representative)

**For the International Trade Commission**

Aarti Shah (counsel)

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the deposition to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and make the return of these materials to this Court with all convenient speed.

WITNESS, the Honorable _____, United States Judge of the United States District Court for the District of Columbia, this ___ day of _____, 2010.

_____
United States District Judge
United States District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001
United States of America

I hereby certify that the signature above is that of the Honorable _____, United States Judge of the United States District Court for the District of Columbia.

_____ Clerk of the Court

Date: _____

Deputy Clerk: _____

Seal:

SEMCO701010-Order

3

# EXHIBIT B

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.
Before The Honorable E. James Gildea

In the Matter of

CERTAIN CERAMIC CAPACITORS
AND PRODUCTS CONTAINING SAME

Inv. No. 337-TA-692

## RESPONDENTS SAMSUNG ELECTRO-MECHANICS CO. LTD. AND SAMSUNG ELECTRO-MECHANICS AMERICA, INC.'S NOTICE OF DEPOSITION OF YOSHIKAZU TAKAGI

PLEASE TAKE NOTICE that, pursuant to 19 C.F.R § 210.28 and Ground Rule 3.4.1,

Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung Electro-Mechanics America,

Inc., by and through their attorneys, will take the deposition of Yoshikazu Takagi upon oral

examination before a certified shorthand reporter duly authorized to administer oaths at the

United States Consulate in Osaka, Japan. The deposition will commence on or around February

18, 2010, at 9:00 a.m. and shall continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE THAT pursuant to 19 C.F.R. § 210.28(d), the

deposition will be recorded by stenographic and videographic means and with the use of

RealTime/LiveNote; the court reporter shall be requested to make available an instant visual

display of the deposition transcript. Testimony derived pursuant to this Notice shall be used for

any and all appropriate purposes permitted by the Commission's Rules of Practice and

Procedure.

Dated: January 19, 2010

Respectfully submitted,

V. James Adduci, II
David H. Hollander, Jr.
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300

EXHIBIT
B

George Riley
Anne Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Stephen J. Akerley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600

David Murphy
John Kappos
Kristopher M. Dawes
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600

*Counsel for Samsung Electro-Mechanics Co., Ltd.
and Samsung Electro-Mechanics America, Inc.*

SEMCO600210

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **RESPONDENTS SAMSUNG ELECTRO-MECHANICS CO. LTD. AND SAMSUNG ELECTRO-MECHANICS AMERICA, INC.'S NOTICE OF DEPOSITION OF YOSHIKAZU TAKAGI (PUBLIC)** was served to the parties, in the manner indicated below, this 19th day of January 2010:

Aarti Shah, Esq.
Office of Unfair Import Investigations
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 401N
Washington, DC 20436

(VIA ELECTRONIC MAIL)

COUNSEL FOR COMPLAINANT MURATA MANUFACTURING CO., LTD.
AND MURATA ELECTRONICS NORTH AMERICA, INC.

Steven J. Routh
Sten A. Jensen
Steven E. Adkins
T. Vann Pearce
Jordan Coyle
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005

(VIA ELECTRONIC MAIL)

William H. Wright
Nic Merrin
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017

(VIA ELECTRONIC MAIL)

ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth St., N.W., Fifth Floor
Washington, DC 20036

SEMCO100010-Disc

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.
Before The Honorable E. James Gildea

In the Matter of

CERTAIN CERAMIC CAPACITORS
AND PRODUCTS CONTAINING SAME

Inv. No. 337-TA-692

### RESPONDENTS SAMSUNG ELECTRO-MECHANICS CO. LTD. AND SAMSUNG ELECTRO-MECHANICS AMERICA, INC.'S NOTICE OF DEPOSITION OF YASUSHI UENO

PLEASE TAKE NOTICE that, pursuant to 19 C.F.R § 210.28 and Ground Rule 3.4.1, Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung Electro-Mechanics America, Inc., by and through their attorneys, will take the deposition of Yasushi Ueno upon oral examination before a certified shorthand reporter duly authorized to administer oaths at the United States Consulate in Osaka, Japan. The deposition will commence on or around February 19, 2010, at 1:00 p.m. and shall continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE THAT pursuant to 19 C.F.R. § 210.28(d), the deposition will be recorded by stenographic and videographic means and with the use of RealTime/LiveNote; the court reporter shall be requested to make available an instant visual display of the deposition transcript. Testimony derived pursuant to this Notice shall be used for any and all appropriate purposes permitted by the Commission's Rules of Practice and Procedure.

Dated: January 19, 2010

Respectfully submitted,

V. James Adduci, II
David H. Hollander, Jr.
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300

George Riley
Anne Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Stephen J. Akerley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600

David Murphy
John Kappos
Kristopher M. Dawes
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600

*Counsel for Samsung Electro-Mechanics Co., Ltd.
and Samsung Electro-Mechanics America, Inc.*

SEMCO600010

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **RESPONDENTS SAMSUNG ELECTRO-MECHANICS CO. LTD. AND SAMSUNG ELECTRO-MECHANICS AMERICA, INC.'S NOTICE OF DEPOSITION OF YASUSHI UENO (PUBLIC)** was served to the parties, in the manner indicated below, this 19th day of January 2010:

Aarti Shah, Esq.
Office of Unfair Import Investigations
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 401N
Washington, DC 20436

(VIA ELECTRONIC MAIL)

COUNSEL FOR COMPLAINANT MURATA MANUFACTURING CO., LTD.
AND MURATA ELECTRONICS NORTH AMERICA, INC.

Steven J. Routh
Sten A. Jensen
Steven E. Adkins
T. Vann Pearce
Jordan Coyle
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005

(VIA ELECTRONIC MAIL)

William H. Wright
Nic Merrin
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017

(VIA ELECTRONIC MAIL)

ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth St., N.W., Fifth Floor
Washington, DC 20036

SEMCO100010-Disc

## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

### Before The Honorable E. James Gildea

In the Matter of

CERTAIN CERAMIC CAPACITORS
AND PRODUCTS CONTAINING SAME

Inv. No. 337-TA-692

## RESPONDENTS SAMSUNG ELECTRO-MECHANICS CO. LTD. AND SAMSUNG ELECTRO-MECHANICS AMERICA, INC.'S NOTICE OF DEPOSITION OF HIROSHI SEKIDOU

PLEASE TAKE NOTICE that, pursuant to 19 C.F.R § 210.28 and Ground Rule 3.4.1, Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung Electro-Mechanics America, Inc., by and through their attorneys, will take the deposition of Hiroshi Sekidou upon oral examination before a certified shorthand reporter duly authorized to administer oaths at the United States Consulate in Osaka, Japan. The deposition will commence on or around February 23, 2010, at 9:00 a.m. and shall continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE THAT pursuant to 19 C.F.R. § 210.28(d), the deposition will be recorded by stenographic and videographic means and with the use of RealTime/LiveNote; the court reporter shall be requested to make available an instant visual display of the deposition transcript. Testimony derived pursuant to this Notice shall be used for any and all appropriate purposes permitted by the Commission's Rules of Practice and Procedure.

Dated: January 19, 2010

Respectfully submitted,

V. James Adduci, II
David H. Hollander, Jr.
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300

George Riley
Anne Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Stephen J. Akerley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600

David Murphy
John Kappos
Kristopher M. Dawes
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600

*Counsel for Samsung Electro-Mechanics Co., Ltd.*
*and Samsung Electro-Mechanics America, Inc.*

SEMCO600310

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF DEPOSITION FOR HIROSHI SEKIDOU (PUBLIC)** was served to the parties, in the manner indicated below, this 19th day of January 2010:

Aarti Shah, Esq.
Office of Unfair Import Investigations
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 401N
Washington, DC 20436

(VIA HAND DELIVERY)

COUNSEL FOR COMPLAINANT MURATA MANUFACTURING CO., LTD.
AND MURATA ELECTRONICS NORTH AMERICA, INC.

Steven J. Routh
Sten A. Jensen
Steven E. Adkins
T. Vann Pearce
Jordan Coyle
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005

(VIA ELECTRONIC MAIL)

William H. Wright
Nic Merrin
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017

(VIA ELECTRONIC MAIL)

ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth St., N.W., Fifth Floor
Washington, DC 20036

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.
Before The Honorable E. James Gildea

In the Matter of

CERTAIN CERAMIC CAPACITORS
AND PRODUCTS CONTAINING SAME

Inv. No. 337-TA-692

## RESPONDENTS SAMSUNG ELECTRO-MECHANICS CO. LTD. AND SAMSUNG ELECTRO-MECHANICS AMERICA, INC.'S NOTICE OF DEPOSITION OF NAGATO OMORI

PLEASE TAKE NOTICE that, pursuant to 19 C.F.R § 210.28 and Ground Rule 3.4.1, Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung Electro-Mechanics America, Inc., by and through their attorneys, will take the deposition of Nagato Omori upon oral examination before a certified shorthand reporter duly authorized to administer oaths at the United States Consulate in Osaka, Japan. The deposition will commence on or around February 24, 2010, at 1:00 p.m. and shall continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE THAT pursuant to 19 C.F.R. § 210.28(d), the deposition will be recorded by stenographic and videographic means and with the use of RealTime/LiveNote; the court reporter shall be requested to make available an instant visual display of the deposition transcript. Testimony derived pursuant to this Notice shall be used for any and all appropriate purposes permitted by the Commission's Rules of Practice and Procedure.

Dated: January 19, 2010

Respectfully submitted,

V. James Adduci, II
David H. Hollander, Jr.
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300

George Riley
Anne Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Stephen J. Akerley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600

David Murphy
John Kappos
Kristopher M. Dawes
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600

*Counsel for Samsung Electro-Mechanics Co., Ltd.
and Samsung Electro-Mechanics America, Inc.*

SEMCO600110

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **RESPONDENTS SAMSUNG ELECTRO-MECHANICS CO. LTD. AND SAMSUNG ELECTRO-MECHANICS AMERICA, INC.'S NOTICE OF DEPOSITION OF NAGATO OMORI (PUBLIC)** was served to the parties, in the manner indicated below, this 19th day of January 2010:

Aarti Shah, Esq.
Office of Unfair Import Investigations
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 401N
Washington, DC 20436

(VIA ELECTRONIC MAIL)

COUNSEL FOR COMPLAINANT MURATA MANUFACTURING CO., LTD.
AND MURATA ELECTRONICS NORTH AMERICA, INC.

Steven J. Routh
Sten A. Jensen
Steven E. Adkins
T. Vann Pearce
Jordan Coyle
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005

(VIA ELECTRONIC MAIL)

William H. Wright
Nic Merrin
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017

(VIA ELECTRONIC MAIL)

ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth St, N.W., Fifth Floor
Washington, DC 20036

SEMCO100010-Disc

## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

### Before The Honorable E. James Gildea

In the Matter of

CERTAIN CERAMIC CAPACITORS
AND PRODUCTS CONTAINING SAME

Inv. No. 337-TA-692

## RESPONDENTS SAMSUNG ELECTRO-MECHANICS CO. LTD. AND SAMSUNG ELECTRO-MECHANICS AMERICA, INC.'S NOTICE OF DEPOSITION OF KAZUAKI KAWABATA

PLEASE TAKE NOTICE that, pursuant to 19 C.F.R § 210.28 and Ground Rule 3.4.1, Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung Electro-Mechanics America, Inc., by and through their attorneys, will take the deposition of Kazuaki Kawabata upon oral examination before a certified shorthand reporter duly authorized to administer oaths at the United States Consulate in Osaka, Japan. The deposition will commence on or around February 26, 2010, at 9:00 a.m. and shall continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE THAT pursuant to 19 C.F.R. § 210.28(d), the deposition will be recorded by stenographic and videographic means and with the use of RealTime/LiveNote; the court reporter shall be requested to make available an instant visual display of the deposition transcript. Testimony derived pursuant to this Notice shall be used for any and all appropriate purposes permitted by the Commission's Rules of Practice and Procedure.

Dated: January 19, 2010             Respectfully submitted,

V. James Adduci, II
David H. Hollander, Jr.
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300

George Riley
Anne Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Stephen J. Akerley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600

David Murphy
John Kappos
Kristopher M. Dawes
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600

*Counsel for Samsung Electro-Mechanics Co., Ltd.
and Samsung Electro-Mechanics America, Inc.*

SEMCO600410

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF DEPOSITION FOR KAZUAKI KAWABATA (PUBLIC)** was served to the parties, in the manner indicated below, this 19th day of January 2010:

Aarti Shah, Esq.
Office of Unfair Import Investigations
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 401N
Washington, DC 20436

(VIA HAND DELIVERY)

COUNSEL FOR COMPLAINANT MURATA MANUFACTURING CO., LTD.
AND MURATA ELECTRONICS NORTH AMERICA, INC.

Steven J. Routh
Sten A. Jensen
Steven E. Adkins
T. Vann Pearce
Jordan Coyle
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005

(VIA ELECTRONIC MAIL)

William H. Wright
Nic Merrin
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017

(VIA ELECTRONIC MAIL)

ABDUCI MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth St., N.W., Fifth Floor
Washington, DC 20036

SEMCO100009-Disc

# EXHIBIT C



**Consulate General of the United States of America**
**Osaka-Kobe**
11-5 Nishitenma 2-chome, Kita-ku, Osaka 530-8543, Japan
Tel: 06-6315-5912, Fax: 06-6315-5914
E-mail: aok@state.gov
Internet address: http://osaka.usconsulate.gov

January 11, 2010

Ms. Anne Huffsmith
O'Melveny & Myers LLP
2 Embarcadero Center - 26th Floor
San Francisco, CA 94111

Dear Ms. Huffsmith:

We have received $475.00, the initial reservation fee for your depositions in the case of **Certain Ceramic Capacitors & Products Containing Same, International Trade Commission Investigation** and have officially reserved our deposition room from **February 18 through 26, 2010** for your use.

We will need to receive a certified copy of the court order and an advance deposit to arrange your depositions, both of which are necessary for us to go forward. **Please submit them by January 21, 2010.** You can calculate the advance deposit using the following formula: $265.00 x number of days + one time $265.00 clerical fee. **If we do not receive the court order and advance deposit by the date shown above, we will release our room to other cases since we have many requests to reserve our deposition rooms.** Also, please notify us of any cancellation at the earliest date possible.

As you may be aware, witnesses, stenographers, and interpreters, who require swearing in, as well as anyone else participating in the deposition — including the attorneys — will need to present picture identification such as a passport or driver's license with which we can identify them. The witnesses should also bring their business cards to show their relationship to the firm or organization for which they are testifying. When you enter the Consulate General building, you will be given a visitor's badge which you will need to wear at all times while you are in the building.

If you have any questions, please do not hesitate to contact us.

Sincerely,

Gary E. Schaefer
American Consul



EXHIBIT
C

# EXHIBIT D

# UNITED STATES INTERNATIONAL TRADE COMMISSION
## Washington, D.C.
### Before The Honorable E. James Gildea

In the Matter of

CERTAIN CERAMIC CAPACITORS
AND PRODUCTS CONTAINING SAME

Inv. No. 337-TA-692

## RESPONDENTS' EMERGENCY APPLICATION FOR RECOMMENDATION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION REQUIRING DEPOSITIONS OF EMPLOYEES OF COMPLAINANT MURATA MANUFACTURING CO. LTD. IN OSAKA, JAPAN

Pursuant to 19 C.F.R. § 210.26 and 210.28, Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung Electro-Mechanics America, Inc. (together, the "SEMCO Respondents") respectfully apply to the Administrative Law Judge ("ALJ") for a Recommendation that the United States District Court for the District of Columbia issue an order requiring the depositions of certain employees of Complainant Murata Manufacturing Co. Ltd. (hereinafter, "Murata"), located at 10-1 Higashikotari 1-chome, Nagaokakyo-shi, Kyoto Japan 617-8555.[1] See Ex. A.

The SEMCO Respondents noticed the below-named individuals for deposition in this Investigation on January 19, 2010. See Ex. B. The District Court order the SEMCO Respondents seek is directed to deposition testimony from the following Murata employees, who have volunteered to offer testimony at the United States Consulate in Osaka, Japan:

---

[1] This application does not constitute the SEMCO Respondents' withdrawal of their pending Motion to Compel Depositions of Murata Employees Outside of Japan. To the contrary, the SEMCO Respondents would prefer to depose these Murata employees outside of Japan. Due to the significant procedural hurdles the SEMCO Respondents must overcome to take depositions in Japan, however, the SEMCO Respondents must start the process now for depositions scheduled for late February in the event the SEMCO Respondents' Motion to Compel is denied.

EXHIBIT
D

Yoshikazu Takagi
Yasushi Ueno
Hiroshi Sekidou
Nagato Omori
Kazuaki Kawabata

The SEMCO Respondents have reserved rooms at the Consulate General of the United States of America, Osaka-Kobe for these depositions beginning on or about February 18, 2010, and continuing until on or about February 26, 2010. *See* Ex. C.

Pursuant to Consulate rules, the deposition testimony sought by the SEMCO Respondents is unavailable absent an order from a United States District Court that the depositions take place at the United States Consulate in Osaka, Japan, or an order compelling deposition testimony at a location outside of Japan, such as the United States. *See* Ex. D. In the past, the International Trade Commission has issued, and the United States District Court for the District of Columbia has acted in accordance with, recommendations similar to the proposed Recommendation attached to this application. *See e.g., Certain Auto. Multimedia Display & Navigation Sys., Components Thereof, & Prods. Containing Same*, Inv. No. 337-TA-657, Order No. 7, 2008 WL 5373660 (Dec. 23, 2008) (granting complainant's motion seeking issuance of a recommendation that the District Court for the District of Columbia issue orders to obtain deposition testimony from respondents in Japan); *Honeywell Int'l, Inc. v. Alpine Elecs., Inc., et al.*, 1:08-mc-00808-JDB, Docket Nos. 2-5 (D.D.C. Dec. 29, 2008) (issuing orders to obtain deposition testimony from respondents in Japan).[2]

_____

[2] *See also Certain Probe Card Assemblies, Components Thereof, and Certain Tested DRAM and NAND Flash Memory Devices and Prods. Containing Same*, Inv. No. 337-TA-621, Order No. 12, 2008 WL 1994426 (May 6, 2008) (granting complainant's motion seeking issuance of a recommendation that the District Court for the District of Columbia issue orders to obtain deposition testimony from respondents in Japan); *Formfactor, Inc. v. Micronics Japan Co., Ltd.*, 1:08-mc-00266-TFH, Docket No. 5 (D.D.C. May 9, 2008) (issuing orders to obtain deposition testimony from respondents in Japan).

The SEMCO Respondents therefore respectfully request that the ALJ issue a Recommendation to the United States District Court for the District of Columbia to issue an order requiring the depositions of the above-named Murata employees. Murata and the Staff do not oppose this request. The SEMCO Respondents further request that such a Recommendation be issued on an expedited basis given the relevance and importance of the information at issue and the limited time to obtain the necessary order from the United States District Court for the District of Columbia. The Osaka Consulate originally gave the SEMCO Respondents a deadline of January 21, 2010, to provide the Consulate with the required District Court order, but recently extended that deadline to around January 25, 2010. To ease the burden on the ALJ, a proposed Recommendation is attached for consideration.

Dated: January 21, 2010

Respectfully submitted,

V. James Adduci H
David H. Hollander, Jr.
Asha Allam
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
Telephone: (202) 467-6300

George Riley
Anne Huffsmith
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Stephen J. Akerley
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600

David Murphy
John Kappos
Kristopher M. Dawes
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600

Paul Zeineddin
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

*Counsel for Samsung Electro-Mechanics Co., Ltd.*
*and Samsung Electro-Mechanics America, Inc.*

SEMCO700710

4

# EXHIBIT E

# UNITED STATES INTERNATIONAL TRADE COMMISSION

## Washington, D.C.

In the Matter of

**CERTAIN CERAMIC CAPACITORS AND
PRODUCTS CONTAINING SAME**

Inv. No. 337-TA-692

## ORDER NO. 6: GRANTING APPLICATION FOR RECOMMENDATION TO THE U.S. DISTRICT COURT REQUIRING DEPOSITIONS OF COMPLAINANT EMPLOYEES IN JAPAN

(January 21, 2010)

On January 21, 2010, Respondents submitted an application seeking a recommendation to

the District Court in Washington, D.C. that depositions of employees of Complainant Murata

Manufacturing Co. Ltd. be ordered to proceed in Osaka, Japan. (Motion Docket No. 692-005.)

Respondents currently have pending a motion to compel these depositions outside of Japan, but

note that they must timely initiate the procedures for depositions in Japan in case their motion is

denied. (Mot. at 1, n. 1.) Respondents represented that Complainants and Staff do not oppose the

motion. (*Id.* at 3.)

The Administrative Law Judge finds that Motion Docket No. 692-005 should be

GRANTED. The recommendation of the Administrative Law Judge is attached below.

SO ORDERED.

E. James Gildea
Administrative Law Judge

1

EXHIBIT
E

Certified to be a
true copy of the
Original
Secretary

# ATTACHMENT A

# UNITED STATES INTERNATIONAL TRADE COMMISSION

## Washington, D.C.

| |
|---|
| In the Matter of |
| **CERTAIN CERAMIC CAPACITORS AND** Inv. No. 337-TA-692 |
| **PRODUCTS CONTAINING SAME** |

**Recommendation To The United States District Court For The District Of Columbia To
Issue An Order/Commission For The Taking Of Depositions In Japan**

On January 21, 2010, Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung

Electro-Mechanics America, Inc. (collectively, "Samsung") filed with the United States

International Trade Commission an application for a recommendation to the District Court of the

District of Columbia to issue an Order/Commission requiring depositions of employees of

Complainant Murata Manufacturing Co. Ltd. ("Murata") in Japan. Samsung requests assistance in

obtaining deposition testimony from:

> Yoshikazu Takagi
> Yasushi Ueno
> Hiroshi Sekidou
> Nagato Omori
> Kazuaki Kawabata

relating to an investigation into certain ceramic capacitors and products containing same, Inv. No.

337-TA-692, such depositions to take place on or about February 18, 2010, through on or about

February 26, 2010, at the Consulate General of the United States of America, Osaka-Kobe or

another United States Embassy or consulate located in Japan. The Commission Investigative Staff

and Murata do not oppose Samsung's application.

On January 4, 2010, the procedural schedule issued in this Investigation, directing that fact discovery be completed by May 5, 2010, with an evidentiary hearing scheduled for July 2010.

It is requested that the District Court grant Samsung's motion for an Order/Commission to obtain the Murata employee depositions in connection with discovery for the above-identified Investigation at the U.S. International Trade Commission.

It is recommended to the District Court that an Order/Commission of the scope requested by Samsung be granted.

E. James Gildea
Administrative Law Judge
U.S. International Trade Commission
500 E. Street, S.W.
Washington, D.C. 20436

Dated: January 21, 2010

- 2 -

# EXHIBIT F



▸ USA Gov search
  Locator ⬏
▸ Department of
  Homeland Security ⬏
▸ The White House ⬏
  more ▸

**Disclaimer:** The information in this circular relating to the legal requirements of specific foreign countries is provided for general information only and may not be totally accurate in a particular case. Questions involving foreign law should be addressed to foreign counsel. This circular exists only to provide information; it is not an opinion on any aspect of U.S., foreign, or international law. The U.S. Department of State does not intend by the contents of this circular to take a position on any aspect of any pending litigation.

**Summary**
- Service of Process
- Service of Criminal Subpoenas
- Service on a member of the U.S. Military in Japan
- Service on a Foreign State
- Obtaining Evidence Overview Summary
- Consular Reports
- U.S. Consular Personnel Consular Premises and Extraterritoriality
- Special American Consular Position Views
- U.S. Court Order for the Taking of the Depositions
- Participation of Advice From the United States
- Telephone or Videoteleconference Testimony
- Special Note Regarding American Attorneys Residing in Japan
- Voluntary Depositions on Written Questions
- How Consular Depositions Are Conducted
- Scheduling Depositions
- Consular Fees for Depositions
- Video Tape Equipment
- Scope, Certifying and Mailing Depositions Transcripts
- Threat to Japan For Judicial Assistance Activities
- Compulsion of Documents and Other Physical Evidence
- Participation of American Attorneys in Japanese Court Proceedings, Deposition Execution of Letters Rogatory
- Criminal Matters
- Defense Requests in Criminal Matters
- Conducting Informal Interviews
- Authentication of Documents
- Enforcement of Judgments
- List of Attorneys in Japan
- U.S. Embassy Address and Contact Information
- Links
- Related References

**Summary :** Judicial assistance between the United States and Japan is governed by Article 5(j) of the Vienna Convention on Consular Relations (VCCR), 21 UST 77, TIAS 6820, 596 U.N.T.S. 261; Article 17 of the of 1963 (19 UST 196), the U.S. – Japan Consular Convention, (Treaty Doc. 108-12), the multilateral Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters, 20 UST 361; to which the United States and Japan are parties, customary international law and the practice of reform, and applicable U.S. and local Japanese law and regulations.

**Service of Process :** The United States and Japan are a parties to the Hague Convention on the Service Abroad of Judicial Documents in Civil and Commercial Matters. Persons requesting service of process of U.S. documents in Japan in civil and commercial matters should execute the USM-94 form or the new bilingual Service Connection form available from the Hague Conference on Private International Law web page. The request form should be completed in duplicate and submitted with two sets of the documents to be served directly by the requesting attorney or clerk of court to the Japanese Central Authority in Ministry of Foreign Affairs, 2-2-1 Kasumigaseki Chiyoda-ku, Tokyo 100-8919 Japan. The person executing the request form should be either an attorney or clerk of court. The applicant should include attorney at law or clerk of court title on the identity and address of applicant and signatures/return fields. See the U.S. response to the 2003 Questionnaire in preparation for the Special Commission on the Practical Operation of the Convention. Question 17.3 addressed the issue of who is authorized under U.S. law to execute a request under the Convention. Attorneys and available state statute permitting authority to execute service requests. Proof of service is transmitted by the requester by the Japanese central authority through the Japanese courts and consulates in the United States. For general guidance about how to transmit requests for service of process, see our Hague Service Connection feature. See also Japan's response to the 2003 Questionnaire in preparation for the Special Commission on the Practical Operation of the Hague Service Convention and the new edition of the Practical Handbook on the Operation of the Hague Service Convention.

**Service of Criminal Subpoenas :** U.S. consular officers are permitted to serve criminal subpoenas on U.S. citizens and U.S. Lawful Permanent Residents abroad pursuant to 22 CFR 92.86, when specifically authorized by the Department of State.

**Service on a member of the U.S. Military in Japan:** It is possible to effect service on members of the U.S. Armed Forces in Japan through the Japanese central authority. Service by mail may also be used if state law permits (APO and FPO are U.S. mail). Also, contact the Judge Advocate General's (JAG) Office at the Pentagon for the particular branch of the service (tel. 703-545-6700).

**Service on a Foreign State:** See our Service Under the Foreign Sovereign Immunities Aid (FSIA) feature and FSIA Checklist for questions about service on a foreign state, agency or instrumentality.

**Obtaining Evidence Overview Summary:** Japan is not a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. Judicial assistance between the United States



EXHIBIT
F

...and Japan in obtaining evidence is governed by Article 17 of the U.S. – Japan Bilateral Consular Convention of 1963 (16 UST 766), customary international law and the practice of reform, and applicable U.S. and local Japanese law and regulations. Article 17(1) (a) of the U.S. – Japan Consular Convention provides that consular officers may ...

"[t]o take depositions, on behalf of the courts or other judicial tribunals or authorities of the sending state, voluntarily given.

"(2) a[d]minister oaths to any person in the receiving state in accordance with the laws of the sending state and in a manner not inconsistent with the laws of the receiving state."

The general reference to the authority of consular officers to take depositions has been interpreted by the Government of Japan very strictly. Japanese law and practice, and the mutually agreed upon interpretation of the U.S. – Japan Bilateral Consular Convention concerning obtaining evidence in Japan permits the taking of a voluntary deposition of a willing witness for use in a court in the United States only:

1. if the deposition is provided over by a U.S. consular officer;
2. is conducted on U.S. consular premises
3. is taken pursuant to an American court order or commission;
4. and if any non-Japanese participant travelling to Japan applies for and obtains a Japanese Special Deposition visa.

The Japanese Ministry of Foreign Affairs and Ministry of Justice have advised the United States that these requirements apply in civil, criminal and administrative cases. The Japanese requirement for a court order and special deposition visas would apply in all cases, even though the depositions began in the United States initially.

Therefore, depositions may be taken in Japan:

1. On U.S. consular premises;
2. pursuant to a commission (28 U.S.C. App. Fed. R. Civ. P. Rule 28(b)(4)) to take a deposition issued by a court to any Consul or Vice-Consul of the United States at (Tokyo, Naha, Osaka-Kobe, Sapporo, Fukuoka) or
3. on notice, provided an order issued by a court in the United States specifically authorizes an U.S. consular officer to take the deposition on notice.

NOTE: U.S. Government officials traveling to Japan to participate in the taking of depositions or informal interviews should see also Travel to Japan For Judicial Assistance Activities for guidance about obtaining the additional requisite host country clearance which requires a diplomatic note from the U.S. Embassy to the Ministry of Foreign Affairs. This is in addition to the Special Deposition Visa requirement. This additional requirement host country clearance does not pertain to private U.S. citizen attorneys, but as noted below the Special Deposition Visa requirement applies to all U.S. participants.

Japanese Sovereignty: The Government of Japan has advised the United States that it opposes deviations from these conditions, and that it would consider any action beyond the strictures of the U.S.–Japan understanding to be a violation of its judicial sovereignty. The United States recognizes the right of judicial sovereignty of foreign governments based on customary international law and practice; See, e.g. the Restatement (Third) of Foreign Relations Law (1987), Cumulative Digest of United States Practice in International Law, 1981-1988, Office of the Legal Adviser, U.S. Department of State, Vol. II, 1450-1452, 1440 (1994).

U.S. Diplomatic and Consular Premises and Extraterritoriality: All depositions taken in Japan for use in the United States must take place on U.S. Embassy or consulate premises. Diplomatic and consular premises are not extraterritorial. The taking of depositions abroad on such premises does not arise from the idea of any relating to immunity from the prescriptive and enforcement jurisdiction of the receiving state (Japan); the premises are not part of the territory of the sending state. See Restatement (Third) of Foreign Relations Law, Vol. 1, Sec. 466, Comment a and c (1997). See also, Paragraph V. Iran, 729 F.2d 835, (D.C. Cir. 1984). It should be noted that Japan has further advised that depositions may not take place on U.S. military bases in Japan as that is not sanctioned in the U.S.– Japan Status of Forces Agreement.

Special Japanese Deposition Visas: Japan has instituted a requirement that persons from the United States wishing to participate in a deposition in a deposition of a witness in Japan must apply for a Japanese "special deposition visa". An prerequisite to the issuance of the Japanese special deposition visa, Japan requires presentation of a U.S. court order, citing Article 17 of the U.S. – Japan Bilateral Consular Convention. See suggested text for the court order below.

1. Apply for a "special deposition visa" at the Japanese Embassy or Consulate in the United States. The Consular Section of the Japanese Embassy is located at 2520 Massachusetts Avenue, N.W., Washington, D.C. 20008, tel: (202) 939-6700. Japanese consulates are also located in Anchorage, Atlanta, Boston, Chicago, Detroit, Guam, Honolulu, Houston, Kansas City, Los Angeles, Miami, New Orleans, New York, Portland, San Francisco and Seattle. File a deposition visa as the apply for at least two weeks before the return for Japan.

2. The request should be made on letterhead stationery and include the following information: (a) the name and location of the court; (b) name and occupation of each witness; and (c) a summary of the case. Travelers will also be required to present their U.S. passport, complete Japanese Embassy/consulate visa application forms and to provide the requisite photographs. A photocopy of the commission or court order for a U.S. consular officer to take the deposition must accompany the request. Special visas may also be required of deposition participants other than attorneys who will be present at the deposition (i.e.), translators (for a foreign language person) consular officer in the United States. For guidance about applying for a U.S. passport, see the Passport feature on the U.S. Department of State Internet page.

3. The Japanese Embassy must seek concurrence from the Ministry of Foreign Affairs in every case. The Japanese Embassy or Consulate in the United States will contact the Japanese Foreign Ministry for permission to issue the "special deposition visa".

4. The Japanese Foreign Ministry will contact the U.S. Embassy or Consulate to confirm whether the U.S. consular officer has received a photocopy of the court order issued by a court in the United States and whether the deposition has been scheduled. See below for guidance on how to schedule a deposition at the U.S. Embassy or one of the U.S. Consulates in Japan.

6. The Japanese Foreign Ministry will authorize the Japanese Embassy or Consulate in the United States to issue the "special deposition visa".

Sample Suggested Text for Court Order or Commission

U.S. Court Order For The Taking of the Deposition: A certified copy of the court order must be provided to the U.S. Embassy in Tokyo before application is made for the special deposition visa so that the U.S. Embassy can confirm receipt of the court order to the Ministry of Foreign Affairs to the U.S. Embassy authorizes the Japanese Embassy or consulate in the United States to issue the special deposition visa. Japan will not accept orders issued by administrative law judges. Court orders may be obtained from U.S. courts under the All Writs Act, 28 U.S.C. 1651, by various administrative agencies for the taking of depositions in Japan. It is advisable that court orders include the language "on or above" concerning dates so as to afford maximum flexibility in scheduling.

Japanese authorities have requested that the court order or commission contain the following information:

NAME OF COURT
CAPTION        )
               )

TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES
UNITED STATES (EMBASSY/CONSULATE) (NAME OF CITY)

Upon the application of (plaintiff, defendant), and pursuant to Article 17 of the United States – Japan consular convention,

You have been duly appointed and you are hereby authorized to take oral depositions at the United States (embassy/consulate) in (name of city), Japan, of the following witnesses who will appear voluntarily:

Or

It is ordered that the depositions on notice of the following witnesses be taken at the United States of America, on or about (date), (time) and terminating on or about (date), (time), and to mark any documentary exhibits in connection therewith.

(names, addresses, and employer of witnesses) commencing on or about (date), (time), Japan

Counsel for defendants who will participate in said depositions are (names); and counsel for plaintiffs who will participate in said depositions are (names). The proceedings will be reported by (name of court reporter, if one is travelling to Japan). Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and does the same under your seal and make return thereof to this court with all convenient speed.

Date signature of Judge
Name of Judge
Seal

**Participation of Judges From the United States :** Japan has advised the United States that it will not permit the participation of foreign judges in the deposition of a witness located in Japan. For a general discussion of participation of U.S. judges in foreign depositions, see, Cumulative Digest of United States Practice in International Law, 1981-1988, Vol. II, 1400, 1402, Department of State (1994). See also, Administrative Office of the U.S. Courts, Guide to Judiciary Policies and Procedures, Vol. III, Judges' Manual, February 1998, items 2, vol. III, chap. XV, p. 3, Sec. B.I.c.

**Telephone or Videoconference testimony:** Japan does not permit the taking of telephone or videoconference/reverse testimony. In light of the U.S. treaty obligation pursuant to Article 17 of the U.S. - Japan Consular Convention, as interpreted by the U.S. and Japan, blanket authorization from the Japanese Ministry of Foreign Affairs, the U.S. Embassy in Tokyo and U.S. consulates in Japan cannot participate in any way in telephone or teleconference deposition. See, Restatement (Third) of Foreign Relations Law, 441-442. See also, Interpretive notes, Rule 280), Federal Rules of Civil Procedure which provides "whichever and even availability, of one of the methods Rule 280) provides for taking of depositions in foreign countries depends largely upon law of foreign country in which deposition is to be taken." Zweenhart v. Evening Star Newspaper Co., 404 F2d 1001, (D.C. Cir. (1968), 131 App DC 384. The U.S. Department of State would recommend against the taking of depositions in such a manner. In some foreign countries such participation is deemed a violation of judicial sovereignty. In the case of the taking of the videoconference testimony of a witness in Japan, at the U.S. Embassy is a Federal courtroom in the United States. See United States v. Meyer Floor Interiors Co., Ltd., Order (D. Mass. July 28, 1995); Order July 28, 1995. Permission may be obtained on a case by case basis by the U.S. Embassy in the form of a diplomatic note to the Ministry of Foreign Affairs which would consult with the Ministry of Justice. It should be noted that when the Government of Japan granted permission for the videoconference testimony in 1995, Japan specifically stated that this should not be considered a precedent.

**Special Note Regarding American Attorneys Residing in Japan:** Japanese authorities have informed the United States that Articles 3 and 72 of the Japanese Law may prohibit the taking of depositions in Japan outside the consular depositions under Article 17 of the U.S. Japan Bilateral Consular Convention by private attorneys not admitted to practice in Japan, with the exception of the taking of voluntary depositions of U.S. citizens. With few exceptions, American attorneys residing in Japan are not able to participate in depositions at the U.S. Embassy or consulate in Japan. American lawyers residing in Japan under the status of "legal/consulting services" (as "gaikokuho jimu bengoshi"), permanent residents, or their spouses may participate in depositions under their current visa status, that is, without the prior authorization of the Ministry of Foreign Affairs through the U.S. Embassy in Tokyo of that fact so prior notification to the appropriate authorities is given to avoid inadvertent violation of the prohibition on the participation in court. When admitting the Minister, the appropriate authorities in Japan of that fact so prior participation by such U.S. attorneys, it is important to note that the consular officer may be able to confirm the status of the case by the U.S. Embassy in Tokyo, the consular officer on U.S. consular premises, in order to facilitate the notification process, the Embassy has prepared a worksheet which each lawyer resident in Japan will need to fill out in order for the Embassy to submit the requisite note verbale.

**Voluntary Depositions on Written Questions:** Voluntary depositions on written questions on written questions may be taken in Japan (28 USC Fed. R. Civ. P., Rule 31, C.F.R. 62.80). Requesting counsel should contact the U.S. Embassy or Consulate to arrange a mutually convenient day or days when the deposition may be conducted. The requirements for an American court order, consular fees and scheduling the Embassy special deposition room based on space availability still apply. Counsel must state all of the arrangements for the witness is notified in advance and immigration or video services and translators if necessary. The U.S. Embassy in Tokyo and U.S. Consulates in Japan are only taken at the U.S. Consulates in Fukuoka, Naha or Sapporo. Special arrangement must be made with the consular sections for depositions in these locations as there is no dedicated space in the consulates for depositions. (Review the information on the U.S. Embassy Tokyo and U.S. Consulate General Osaka-Kobe web sites carefully as that information is subject to change. In general:

**How Consular Depositions Are Conducted:** When a deposition of a willing witness is taken before a U.S. consular premises, the procedures set forth at 22 CFR 62.80, 62.84 and 7 Foreign Affairs Manual (FAM) 920. Generally, consular officers preside over U.S. consular premises. Following special instructions of the requesting court or parties (22 CFR 62.80, consistent with Japanese requirements). Actual taking of the questions is usually done by requesting counsel after the consular officer administers oaths to the witnesses, stenographers, interpreters, video-tape operators, etc. The consular officer then withdraws, subject to recall.

**Scheduling Depositions:** Contact the U.S. Embassy or Consulate and make arrangements to schedule the availability of U.S. consular premises and a U.S. consular officer to conduct the deposition. Note: The U.S. Embassy Tokyo and U.S. Consulate General Osaka-Kobe require that scheduling of depositions be made six weeks in advance. See "Arranging Depositions" above for details about the deposition. Taking Depositions In Osaka – U.S. Consulate General. Depositions are rarely taken at the U.S. Consulates in Fukuoka, Naha or Sapporo. Special arrangement must be made with the consular sections for depositions in these locations as there is no dedicated space in the consulates for depositions. (Review the information on the U.S. Embassy Tokyo and U.S. Consulate General Osaka-Kobe web sites carefully as that information is subject to change. In general:

1. Please note that for administrative and security reasons, the embassy/consulate's deposition room and consular staff are not available for deposition taking outside of working hours 8:30 a.m. to 5:00 p.m. or on weekends or holidays.

2. The Embassy/consulate can tentatively schedule a deposition, and hold the dates reserved for three weeks. If the non-refundable scheduling fee ($475.00) is not received at the Embassy/consulate within three weeks, the dates tentatively reserved will be released to others.

3. In return, the Embassy/consulate cannot confirm or hold a date for the deposition until the prescribed deposition fee are received at the Embassy/consulate.

4. The embassy/consulate does not provide the appearance of deponents or make arrangements for court reporters/stenographers or interpreters for private attorneys.

**Consular Fees for Depositions :** Current consular judicial assistance services fees are set forth in 22 CFR 22.1. The current fees include:

22 CFR 22.1 Schedule of Fees Item 52 a -- Scheduling/arranging appointments for depositions (per day appointment) - $475.00. This is a non-refundable fee.

22 CFR 22.1 Schedule of Fees Item 52 b -- Attending or executing commissions to take testimony (per hour thereof) - $265.00. If the consular officer administers the oaths and withdraws, subject to recall, at least one hour is charged pursuant to Item 52b.

22 CFR 22.1 Schedule of Fees Item 52 c -- Swearing in witnesses for telephone depositions - $265.00.

22 CFR 22.1 Schedule of Fees Item 52 d -- Supervising telephone depositions (per hour or part thereof over the first hour - $265.00.

22 CFR 22.1 Schedule of Fees Item 52 e -- Providing seal and certification of depositions - $70.00.

In addition, actual costs for mailing transcripts must be furnished.

No fees are normally charged for depositions at the request of U.S., state or local government officials (22 CFR 22.1 Schedule of Fees Item 53(g)) or at the request of parties in criminal cases that have been found to be indigent by the court (22 CFR 22.1 Schedule of Fees Item 53(g)).

**Video Tape Equipment**: The embassy/consulate does not provide tape, taping equipment or other technical services...

**Starting, Certifying and Taking Deposition Transcripts**: Participants to a deposition may stipulate regarding the manner in which the transcript of the deposition (any exhibits) should be signed, certified and mailed...

**Compulsion of Testimony**: Japan is not a party to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. There is not in force between the United States and Japan any other treaty or bilateral agreement on judicial assistance...

1. The request must be made through diplomatic channels (as mentioned);
2. The letter rogatory must be given to the party to be examined, the type of evidence to be examined, the name, nationality and address of the persons to be examined and the items with respect to which they should testify (Japanese Law V relating to Reciprocal Judicial Aid to be Given at the Request of Foreign Courts - Law 63 of March 13, 1905, as amended);
3. The letter rogatory and all attachments must be translated into Japanese. Japanese courts often reject a letter rogatory if the documents including all attachments are not completely translated into Japanese, or if the quality of the translation is poor;
4. The letter rogatory must assure the Japanese court that compensation for all expenses incurred by the Japanese court will be paid;
5. The letter rogatory must assure the Japanese court that the requesting court will honor similar requests from the Japanese court;
6. Moreover, Japan requires that any document forwarded to the letter rogatory must bear the seal of the requesting court and the signature of the judge...

**Letters rogatory for compilation of evidence should be transmitted to the U.S. Department of State, Bureau of Consular Affairs, Overseas Citizens Services, Office of American Citizens Services and Crisis Management, East Asia Division, CA/OCS/ACS/EAP. Mailing address: SA-29, 4th Floor, 2201 C Street N.W., Washington, D.C. 20520.** ...

**Compulsion of Documents and Other Physical Evidence**: Japan has advised the United States that Japanese law does not include any provision for compulsion of documents or other physical evidence in criminal cases...

**Participation of American Attorneys in Japanese Court Proceedings Requesting Execution of Letters Rogatory**: Most American attorneys would prefer to participate in the proceeding before the Japanese court...

1. American counsel be permitted to participate in the proceedings before the Japanese court;
2. If this is not possible, the letter rogatory could ask that local Japanese counsel representing the American client be permitted to participate in the proceedings;
3. Finally, if the alternative is not possible, the letter rogatory could endorse written questions to be put to the witness by the Japanese court.

**Travel to Japan For Judicial Assistance Activities**: Before traveling to Japan for judicial assistance related activities, see the Country Specific Information and applicable Travel Alerts and Travel Warnings. It is also recommended that U.S. travelers register with the U.S. Embassy using our on-line registration system. If a U.S. federal, state or local official will participate in the deposition, contact the Office of Policy Review and Inter-Agency Liaison (A/OCS/PRI) telephone: 202-736-9125; fax: 202-736-9111) for assistance in obtaining local country clearance for the travel of U.S. officials to conduct judicial assistance activities abroad.

**Criminal Matters**: U.S. federal or state prosecutors should also contact the Office of International Affairs, Criminal Division, Department of Justice at (202) 514-0000 for guidance about the U.S. – Japan Bilateral Mutual Legal Assistance in Criminal Matters Treaty (Treaty Doc. 108-12). The treaty was signed August 5, 2003. See U.S. Department of Justice Press Release August 5, 2003. Japanese Ministry of Foreign Affairs Mutual of Mutual Legal Assistance Treaty with the United States. Transcript U.S. Embassy Statements of Instruments of Ratification 2006.

**Defense Requests in Criminal Matters**: The U.S. Department of State expects criminal defendants, or their defense counsel, who wish to request judicial assistance in obtaining evidence or in effecting service of documents abroad in connection with criminal matters to make such requests pursuant to letters rogatory in accordance with Article 6(2) of the VCCR. Defense requests for compulsion of evidence in criminal cases are executed abroad pursuant to letters rogatory in accordance with the practice of the foreign country involved. Consult the Office of American Citizens Services and Crisis Management, East Asia Division, 1-888-407-4747. See 22 CFR 92.1 regarding current consular fees. For general guidance about preparation and transmittal of such requests, see our Letters Rogatory feature. Fees: The consular fee for letters rogatory is set forth in 22 CFR 22.1 Schedule of Fees item 51 is $735.00 which should be furnished in the form of a certified or corporate check payable to the U.S. Embassy. No fees are charged for letters rogatory at the request of U.S., state or local government officials.

**Conducting Informal Interviews**: While the taking of depositions, under the conditions explained above, is a right secured under the U.S.-Japan Consular Convention, 15 U.S.T. 768, conducting interviews and other informal evidence gathering or investigative techniques are entirely subject to the discretion of the Japanese government. The Japanese Ministry of Foreign Affairs has advised the U.S. Embassy in Tokyo that in cases where it is desired to conduct informal interviews, inspections or other investigation, litigants may need to obtain a special visa for travel to Japan to conduct informal interviews, inspections or other investigation. Contact the Japanese Embassy or consulate in the U.S. for information. Japanese authorities may require that in-person interviews be made in the form of a letter rogatory, or in criminal cases, on behalf of the U.S. Government, a formal letter of request. Local, state and federal prosecutors/attorneys seeking to conduct such interviews should contact the Office of American Citizens Services for additional information.

**Authentication of Documents:** Japan is a party to the Hague Convention Abolishing the Requirement for Legalization of Foreign Public Documents. For information about authentication of documents see our two-page tutorial on authentication features. See also the U.S. Department of State Authentications Office webpage. Additional guidance for consular officers about authentication of documents is available at 7 Foreign Affairs Manual 870.

**Enforcement of Judgments:** There is no treaty in force between the United States and any country on the reciprocal enforcement of judgments in general.

**Lists of Attorneys in Japan:** See the U.S. Embassy in Tokyo List of Attorneys in Japan by Prefecture. See also Retaining a Foreign Attorney.

**ADDRESS OF THE AMERICAN EMBASSY IN JAPAN:** See the Country Specific Information Japan.

Links

U.S. Government Links

- Taking Depositions in Tokyo – U.S. Embassy
- Taking Depositions in Osaka – U.S. Consulate General
- Intercountry Adoption – Japan
- International Child Abduction – Japan
- Library of Congress Guide to Law Online – Japan
- Japan Background Notes
- World Fact Book - Japan

NGO Links

Columbia Law School Center for Japanese Studies

Japan Links

- Japanese Ministry of Justice
- The Japanese Judicial System
- Japanese Law Links

Selected References

Bendix, Helen, Interaction of Business and Government in Japan: Lessons for the United States?, 16 Int'l Law. 571, (1981).

Erlit, Robert, Japanese Legal System And International Trade: Up-To-Date Sources Of Information in English, 82 Law Libr. J. 315, Spring 1990.

Forstner, Jamie A., Patent Litigation in Japan, China and Korea, 369 PLI/Pat 15, 15 (1993).

Hartmann, H. Michael, Discovery and Relation Motion Practice, 349 PLI/Pat 245, 250 (1992) [Comparing U.S. discovery procedures with those of England, Germany and Japan].

Heuse, Yuklike, Shoko Shushukatetsuzuki no Artikate (Existing Methods of Evidence Gathering), 1023 Juristo 103, 103 (1993).

Hattori, Takaaki and Henderson, Dan Fenno., Civil Procedure in Japan (1985).

Hein, Kenneth D., Enforcing Foreign Civil Judgments in Japan, 1 Willamette Bull. Int'l L. & Pol'Y 71 (1993).

Kanegallen, R. Wall, S. Chertolds, & O. Fukushima, Practice By Foreign Lawyers in Japan, Fordham International Law Journal, 1988-1990, Vol. 13, No. 3, pp. 390-404.

Konoyama, Transnational Litigation - Part II: Perspectives from the U.S. and Abroad: Japan, 18 Int'l Law 785 (1984).

Mackay, Thomas S., Litigation Involving Damages to U.S. Plaintiffs Caused by Private Corporate Japanese Defendants, 5 Transnat'l Law. 131 (1992).

Mestmäcke, Foreign Attorneys in Japan: Past Policies, The New Special Measures Law and Future Expectations, Florida International Law Journal, Fall 1988, Vol. 4, No. 1, pp. 61-84.

Mateon, Jurisdiction in Transnational Cases, 23 Int'l Law. 6 (1989).

Mochizuki, Toshiro M., Recent Development, Baby Step or Giant Leap?: Parties' Expanded Access to Documentary Evidence Under the New Japanese Code of Civil Procedure, 40 Harv. Int'l L.J. 285 (1999).

Mod, Discovery and Taking Evidence (in Japan): The Difference Between U.S. Discovery and Japanese Taking of Evidence, 23 Int'l Law. 3,3 (1989).

Ohara, Judicial Assistance to be Afforded by Japan for Proceedings in the United States, 23 Int'l Law. 10 (1989).
O'Keefe, Containers, Legal Education in Japan, 72 Or. L. Rev. 1009, (1993).

Peterson, Jurisdiction and the Japanese Defendant, 25 Santa Clara L. Rev. 555, 576-79 (1985).

Ramseyer, Lawyers, Foreign Lawyers, and Lawyer-Substitutes: The Market for Regulation in Japan, 27 40 Harv. Int'l L.J. 499 (1986).

Rooke, Arthur, Section Recommendation And Report: American Bar Association Section Of International Law And Practice Reports To The House Of Delegates: Report on Japanese Law Practice, 21 Int'l Law. 27R, (1987).

Sawaki, Recognition and Enforcement of Foreign Judgments, 23 Int'l Law. 29 (1989).

Shelney, Japan's New Foreign Lawyer Law, Law and Policy in International Business, Vol. 19, No. 2, 1987, pp. 351-383.

Tada, Role of Corporate Legal Departments in Japan, 22 Int'l Law. 1141 (1988).

Takataki, Hirokane and Tomatsu, International Civil Litigation Over Securities-Related Disputes in Japan, Hastings International and Comparative Law Review, Winter 1991, Vol. 14, No. 2, 423.

Taniguchi, Yasuhei, The 1996 Code of Civil Procedure of Japan - A Procedure for the Coming Century?, 45 Am. J. Comp. L. 767 (1997).

Tasaeoshin, John and Yamamoto, Shusatu, The BBS Supreme Court Case: A Cloth Too Short For An Old And Too Long For A Tatuki, 5 Comp. I.E. Int. 23 (1999).

Wegnar, Craig P., Civil Law Discovery in Japan: A Comparison of Japanese and U.S. Methods of Evidence Collection in Civil Litigation, 3 Asian-Pacific L. & Pol'y J. 1 (2002).

Wells, R.E., Briefing the American Negotiator in Japan, 16 Int'l Law. 597, (1982).

Yamanouchi and Cohen, Understanding the Incidence of Litigation in Japan: A Structural Analysis, 25 Int'l Law. 443 (1991).

🖶 Printer friendly version  ✉ Email

**USA.gov**

About Us | Feedback | Contact Us | Email this Page | Print | Search | Top of Page
This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information | Disclaimers | Other U.S. Government Information

# EXHIBIT G

U.S. DEPARTMENT OF STATE

**EMBASSY OF THE UNITED STATES**
# JAPAN

Home | About Us | U.S. Citizen Services | Visas | U.S. Policy | References | Consulates/Centers | 日本語

▶ Overview
▶ Security/Safety
▶ Absentee Voting
▶ U.S. Passports
▶ Marriage
▶ A New Baby
▶ Federal Benefits
▶ Notary Services
▶ Get Vital Records
▶ Resources
▶ Registration
▶ Office hours/locations

## Taking Depositions in Osaka

This information sheet provides a step-by-step guide to conducting depositions at the American Consulate General Osaka-Kobe.

### Make a Reservation

Please call us first to check availability. We can be reached at +81-6-6315-5912 and are open weekdays 9:00–12:00 and 1:30–5:00 Japan time, excluding Japanese and American Holidays. Once you have confirmed that we have a deposition room (see below for a description) at a time that meets your needs, make your reservation by sending a fax to the Consulate at +81-6-6315-5914 or an e-mail to aok@state.gov. In your fax/e-mail, list the case name and your preferred dates.

### Pay the $475 Reservation Fee

At the same time you send your fax, send a certified check or a money order for US$475 (address below) made payable to the American Consulate General Osaka-Kobe. This is our initial reservation fee: it is not a deposit and is non-refundable, and your reservation is not final until we receive it.

### Send the Court Order

At least <u>six weeks before</u> the start of your deposition, please send us a certified copy of the court order or commission that includes the names of everyone to be deposed. It should be worded "on or about" a date to allow for schedule changes and should be addressed to "any Consul or Vice Consul of the United States of American at Osaka-Kobe, Japan." In addition, please include on a separate sheet of paper the full names of everyone else (attorneys, stenographers, videographers, etc.) who will participate in the deposition. If the court order and deposit are not received in our office at least six weeks before the start of your deposition, the deposition room will be released for other reservations.

### Pay the Deposit

Along with the certified copy of the court order or commission, please include a full deposit of the required consular fees, which are $265 per day plus an additional $265 for clerical processing. The Consulate may also require an additional deposit and/or shipping fiscal data (such as a Federal Express number) if you decide to process your transcripts through the Consulate (see below). For example, a five day deposition requires a deposit calculated as follows:

$265.00 per day x five days +$265.00 = $1590.00

Please make your certified check payable to the American Consulate General Osaka-Kobe. This sum is a deposit; after a final receipt is prepared, the excess will be refunded to you by the Consulate or any monies owed to us by you will be collected.

(NOTE: In calculating the final cost of the deposition, the Consulate must



EXHIBIT
G



charge fees incurred for postage, shipping and any other expenses. If Consular certification of the deposition transcript is required, the Consulate will also charge $265.00 per hour of consular staff time to cover clerical work.)

## Obtain Japanese Deposition Visas

Attorneys need a special visa to conduct depositions in Japan. Before the Japanese authorities will instruct one of their Consulates abroad to issue these visas, they will confirm that we are ready to proceed with the deposition. The Consulate will only be able to so notify the Japanese authorities when all of the above requirements have been met. Special visas may also be required for deposition participants other than attorneys, such as stenographers and videographers. Contact the nearest Japanese Consulate for details.

## AVAILABLE FACILITIES

The Consulate has two deposition rooms available—a large room that accommodates about fifteen people and a small room that holds about eight people. Both are equipped with tables and chairs and wired for 100V, 60HZ electricity with U.S.-standard outlets - most equipment that works in the United States will work with this type of power. The Consulate does not provide computers, typewriters, or office supplies.

The Consulate does not provide interpreters, stenographers or other support staff, so attorneys must make arrangements for these services directly. While the Consulate cannot make specific recommendations for service providers, please refer to the link below for some local sources you may wish to contact. Note: the Consulate General assumes no responsibility for the professional ability or integrity of these service providers, and there is no significance to the order in which they are listed.

Link for INTERPRETERS AND STENOGRAPHERS

Link for VIDEO RECORDERS

\* Consulate facilities and staff are not available for deposition-taking on Japanese and American holidays, weekends, during lunch hour, or after closing time. You should plan to use our facilities between 9 am and 12 noon and 1:30 pm to 5:00 pm.

\* The Consulate cannot schedule witnesses on your behalf.

\* All witnesses, stenographers, interpreters, videographers and anyone else who is to be sworn in must present picture identification, such as a passport or driver's license. Witnesses should also bring their business cards to show their relationship to the firm or organization on whose behalf they are testifying. Attorneys and all staff traveling from outside of Japan (such as stenographers) must bring their passports to the Consulate. We must verify that all parties have the proper visas before your deposition can commence.

### HANDLING OF TRANSCRIPTS

After your deposition has concluded, there are two ways the transcripts may be processed. The simplest method is to **have the transcripts prepared and distributed by your stenographer/court reporter** among the interested parties, without further involvement by the Consulate. This is the simplest, quickest and least expensive option. A brief signed statement by all concerned parties agreeing to this method is all that is required by the Consulate.

**Arranging for consular certification of the transcripts** is considerably

more time-consuming and complex. After the witnesses have been deposed, the stenographer transcribes the testimony and forwards the original transcript to the Consulate. Sending additional copies of the transcript to the witnesses as well is advisable since they can review it in advance and prepare an errata sheet as necessary, or make any necessary corrections on the copy and use it to make changes on the original transcript retained in our office. After the witnesses make any necessary corrections to the original transcript, they will then sign the transcript in the presence of a consular officer. Once all witnesses have signed their transcripts, a consular certification is prepared, and the deposition, along with any exhibits, is sent to the Clerk of the Court that requested the deposition. By stipulation/written agreement, the materials can also be sent to the attorneys' offices.

Since we cannot forward the final transcripts to you until all witnesses have signed, delays in receiving your documents can occur if a witness or witnesses are unable to return to our offices. While we will make every effort to process your transcripts quickly, please be advised that our other responsibilities, as well as emergency services, may delay processing. In addition, as we must wait until the final shipping of your documents before preparing a final accounting, billing will also be significantly delayed. This may result in delays in your processing a case to conclusion within your own offices. Finally, because the Consulate's storage space is limited, we will return unfinished transcripts to you at your expense after eight weeks.

## CONTACT INFORMATION AND SHIPPING ADDRESS

The reservation fee, court order, deposit and any other materials you need to send to the Consulate should be addressed to:

> Chief, American Citizen Services Unit
> American Consulate General Osaka-Kobe
> 11-5 Nishitenma 2-chome, Kita-ku
> Osaka 530-8543.

The Consulate can accept either Federal Express or DHL shipments. Should you have any questions, please contact the American Citizen Services section at 81-6-6315-5912 or FAX us at 81-6-6315-5914.

---

## INTERPRETERS AND STENOGRAPHERS

*DISCLAIMER: The American Consulate General Osaka-Kobe, Japan, assumes no responsibility or liability for the professional ability or reputation of, or the quality of services provided by, the following persons or firms. Names are listed alphabetically, and the order in which they appear has no other significance.*

1. **American Realtime Court Reporters (Japan)**
   Jodi Harmon, President
   Shisa X, Room 803
   4-12-12 Nishi-Tenma
   Kita-Ku, Osaka 530-0047
   Tel: (06) 6311-6223
   www.americanrealtime.com

   American Realtime Court Reporters (United States)
   Jodi Harmon, President
   5046 Rosen Boulevard
   Boyton Beach, Florida 33437

Tel: (561) 279-9132
www.americanrealtime.com

2. **Inter Osaka** (Interpreter)
   Inter G Bldg., 3-201 Toyosaki,
   Kita-ku, Osaka 530-0017
   Tel: (81)(6) 6372-3987
   Fax: (81)(6) 6372-6164

3. **Yasuko Kawakami** (Interpreter)
   Japan Office:
   2-10-1 Takakuradai,
   Suma-ku, Kobe 654-0081
   Tel/Fax: (81)(78) 734-0515
   e-mail: Yasuko@Deposition-Translator.com
   Web: http://www.deposition-translator.com

   Hawaii Office:
   1650 Ala Moana Blvd. Suite 2205
   Honolulu, Hawaii 96815
   Tel: 808-955-5257
   Fax: 808-942-8117
   e-mail: Yasuko@Deposition-Translator.com
   Web: http://www.deposition-translator.com

4. **KYR Communications** (Seth A. Reames)
   1-31-18-406 Okayama,
   Meguro-ku, Tokyo 152-0033
   Tel. and Fax: 81-3-3725-7467
   kyr@zap.att.ne.jp

5. **Lise & Partners, Inc.** (Interpreter)
   William Lise, President(BR> Rm 405, 1-403-4 Kosugimachi
   Nakahara-ku, Kawasaki 211-0063
   Tel: (81) (44) 739-3026
   Fax: (81) (44) 739-4881
   Web: http://www.lise.jp

6. **Nihon Convention Service, Inc.** (Interpreter)
   Keihanshin Fudosan Yodoyabashi Bldg. 4F
   4-4-7 Imabashi, Chuo-ku, Osaka 541-0042
   Tel: (81) (6) 6221-5930
   Fax: (81) (6) 6221-5938

7. **Simul International, Inc. Kansai Office** (Interpreter)
   Nissei Yodoyabashi Bldg. 4F
   3-5-9 Kitahama, Chuo-ku, Osaka 541-0041
   Tel: (81) (6) 6231-2441
   Fax: (81) (6) 6231-2447

---

## VIDEO RECORDERS

*DISCLAIMER: The American Consulate General Osaka-Kobe, Japan, assumes*

*no responsibility or liability for the professional ability or reputation of, or the quality of services provided by, the following persons or firms. Names are listed alphabetically, and the order in which they appear has no other significance.*

1. KOWA AV SYSTEMS CO., LTD. 13-7 Oyodonaka 1-chome,
   Kita-ku, Osaka.
   Tel: (81) (6) 6454-4851, Fax: (81) (6) 6454-4850.

2. TVC Yamamoto Co., Ltd., Osaka Office
   FT Osaka Bldg. 602, 1-1-16 Osaka, Tennoji-ku, Osaka 543-
   0062.
   Tel: (81) (6) 4305-5340, Fax: (81) (6) 4305-1450.
   E-mail: y_maeda1011@ams.odn.ne.jp

3. Legal Video Asia, Osaka Office
   310 Froceru Minoo, 5-12-50 Minoo, Minoo-shi, Osaka 562-
   0001.
   Tel: (81) (0) 50-3302-3045.
   E-mail: paul@legalvideoasia.com
   Legal Video for the Asia Pacific region
   Member of the American Guild of Court Videographers

This site is managed by the U.S. Department of State.
External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

Home | About Us | Citizen Services | Visas | U.S. Policy | Reference | About the USA
Contact Us | Site Index | Privacy | Webmaster | State Dept. | America.gov

http://tokyo.usembassy.gov/e/acs/tacs-osakadepositions.html[1/21/2010 7:08:20 PM]

# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN THE MATTER OF** | **MISC. ACTION NO.** 08-00710 |
| **CERTAIN VARIABLE SPEED WIND TURBINES AND COMPONENTS THEREOF** | **ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN** |
| | **DEPONENTS: INDIVIDUALS/REPRESENTATIVES FROM MITSUBISHI HEAVY INDUSTRIES, LTD.** |

## DEPOSITION ORDER

**TO:**  Any Consul or Vice Consul
U.S. Consulate General at Osaka-Kobe
2-11-5, Nishitenma,
Kita-ku, Osaka, Japan
530-8543

Upon the unopposed motion of General Electric Company ("GE"), Complainant in

*Certain Variable Speed Wind Turbines and Components Thereof,* Inv. No. 337-TA-641, before

the U.S. International Trade Commission ("ITC"), and pursuant to Article 17 of the United States

– Japan Consular Convention, it is hereby **ORDERED** that the depositions on notice of the

following volunteering witnesses of Respondent Mitsubishi Heavy Industries, Ltd. ("MHI") be

taken, and the marking of any documentary exhibits in connection therewith be completed, at the

U.S. Consulate General at Osaka-Kobe, Japan:

Masato Akado
Tsuyoshi Wakasa
Mitsuya Baba
Hidekazu Ichinose
Katsuhiko Takita
Akira Yasugi
Shinji Arinaga
Masaaki Shibata
Takatoshi Matsushita
Corporate representative(s) of MHI



It is further **ORDERED** that the depositions of these individuals/representatives commence on or about December 8, 2008, and continue day to day until on or about December 19, 2008.

The non-Japanese citizens who will attend or assist in the depositions on behalf of GE include:

> Vincent James Adduci II
> Jamie Diane Underwood
> Sara Joanne Ferguson
> Constance Sue Huttner
> Michael Anthony Valek
> David Dowling Hornberger
> David Joshua Tobin
> Brenda Kay Seat
> Sharon Elizabeth Nothman
> Samuel Jared Taylor

The non-Japanese citizens who will attend or assist in the depositions on behalf of Respondents MHI; Mitsubishi Heavy Industries America, Inc.; and/or Mitsubishi Power Systems Americas, Inc. include:

> Gabriel Kamal Azar
> Robert Bunker Dulaney III
> Paul Christian Goulet
> James Kidwell Hammond
> Matthew A. Levy
> Philip Andrew Riley
> Roger Dale Taylor
> Jeffrey Curtiss Totten
> Thomas William Winland
> Tancred King
> Christopher Lyman Field

The proceedings will be reported by American Realtime Court Reporting, located at Shisa X, Room 803, 4-12-12 Nishi-Tenma, Kita-ku, Osaka, Japan 530-0047. The depositions will also be videotaped by Legal Video Asia, located at Nakayama Building 2F, 2-5-9 Minami Aoyama, Minato-ku Tokyo, Japan 107-0062.

2

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and these materials to be returned to this Court with all convenient speed.

WITNESS, the Honorable <u>Henry H. Kennedy, Jr.</u>, United States Judge of the United States District Court, District of Columbia, this <u>7th</u> day of <u>November</u> 2008.

United States Judge
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
United States of America

Henry H.
I hereby certify that the signature above is that of the Honorable <u>Kennedy, Jr.</u>, United States Judge of the United States District Court of the District of Columbia.

<u>Nancy M. Mayer-Whittington</u> Clerk of the Court
By: <u>Tonya Johnson</u>.

Deputy Clerk: _____

Seal:

3

# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF

CERTAIN SEMICONDUCTOR
INTEGRATED CIRCUITS USING
TUNGSTEN METALLIZATION AND
PRODUCTS CONTAINING SAME

Misc. Action No. *08 - 709*

ORDER/COMMISSION FOR DEPOSITIONS
TO BE TAKEN IN JAPAN

DEPONENT: ELPIDA MEMORY. INC

## TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA AT OSAKA-KOBE, JAPAN

Upon the application of Complainants LSI Corporation and Agere Systems, Inc. (collectively "LSI"), and pursuant to Article 17 of the United States - Japan Consular Convention,

IT IS ORDERED THAT the depositions on notice of the following volunteering witnesses be taken at the U.S. Consulate General in Osaka-Kobe, Japan, commencing on or about November 4, 2008, at 9:00 a.m. and terminating on or about November 7, 2008, at 5:00 p.m., and that any documentary exhibits in connection therewith be marked:

Mizuki Yoshino
Akira Yabu
Naoyuki Sawaki
Keiji Miyamoto
Hiroaki Akiyama
Migaku Kobayashi
Koji Tokuyama
Yasunori Mikuni
Katzuyoshi Yoshida
Shinich Nakata
Koji Urabe
Tsuyoshi Setokubo



Masato Nakanishi

Kenji Watanabe

Michio Inoue

Yoshihito Yamamoto

**ELPIDA MEMORY, INC.**
Sumitomo Seimei Yaesu Building
3rd Floor 2-1 Yaesu 2- Chome Chuo-ku,
Tokyo 104-0028
Japan

Counsel for Respondent Elpida Memory, Inc. who will participate in said depositions are

George E. Badenoch, Marcia H. Sundeen and Thomas R. Makin.

Counsel for LSI who will participate in said depositions is Tae H. Kim.

Bruce Kevin Holcombe and Chris Field will act as interpreters.

The proceedings will be recorded by Jeanne Bullis, court reporter, and Daniel Dean

Harrington and Paul B. Diserio, videographers. Please cause the testimony of said witnesses to

be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said

deposition testimony to be annexed to your Commission and closed under your seal; and the

return of these materials to this Court with all convenient speed.

WITNESS, the Honorable **RICHARD J. LEON** United States Judge of the

United States District Court, District of Columbia, this **3rd** day of **Nov**, 2008.

United States Judge
United States District Court
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001
United States of America

I hereby certify that the signature above is that of the Honorable *Richard J. Leon* United States
Judge of the United States District Court of the District of Columbia.

_____ Clerk of the Court

2

By: _____

Deputy Clerk: _Ken Cockrell_

Seal:

**AGERE708408-Order**

# EXHIBIT J

# FILED

MAY 5 - 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of )
)
CERTAIN PROBE CARD ASSEMBLIES, )
COMPONENTS THEREOF AND )
CERTAIN TESTED DRAM AND NAND )
FLASH MEMORY DEVICES AND )
PRODUCTS CONTAINING THE SAME )
)

Misc. Action No. 08-266

ORDER/COMMISSION FOR
DEPOSITIONS TO BE TAKEN IN
JAPAN

DEPONENT: MICRONICS JAPAN
CO, LTD.

TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES

UNITED STATES EMBASSY TOKYO

UPON THE APPLICATION OF COMPLAINANT FORMFACTOR, INC., AND
PURSUANT TO ARTICLE 17 OF THE UNITED STATES - JAPAN CONSULAR
CONVENTION,

IT IS ORDERED THAT THE DEPOSITIONS ON NOTICE OF THE FOLLOWING
VOLUNTEERING WITNESSES BE TAKEN AT THE UNITED STATES EMBASSY
IN TOKYO, JAPAN

Mr. Yuji Miyagi
**MICRONICS JAPAN CO., LTD.**
2-6-8 Kichijoji Hon-cho
Musashino-shi, Tokyo 180-8508
Japan
+81 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

Mr. Kiyotoshi Miura
**MICRONICS JAPAN CO., LTD.**
2-6-8 Kichijoji Hon-cho
Musashino-shi, Tokyo 180-8508
Japan
+81 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

Mr. Hideshiro Kiyofuji
**MICRONICS JAPAN CO., LTD.**
2-6-8 Kichijoji Hon-cho
Musashino-shi, Tokyo 180-8508
Japan



EXHIBIT

J



+81 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

Mr, Tatsuo Inoue
MICRONICS JAPAN CO., LTD.
2-6-8 Kichijoji Hon-cho
Musashino-shi, Tokyo 180-8508
Japan
+81 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

COMMENCING ON OR ABOUT MAY 19, 2008, 8:30am AND TERMINATING ON
OR ABOUT MAY 23, 2008, 5:00pm, AND TO MARK ANY DOCUMENTARY
EXHIBITS IN CONNECTION THEREWITH.

COUNSEL FOR RESPONDENTS WHO WILL PARTICIPATE IN SAID
DEPOSITIONS ARE JOHN EDWARD GIUST, MICHAEL HENRY BUNIS, TAMARA
DARLENE FRAIZER, SHAHAM KAMERON PARVIN, AND EDWARD
ALEXANDER EATON-SALNERS. RESPONDENTS WILL ALSO BRING AS
TRANSLATORS SAMUEL JARED TAYLOR AND WILLIAM LISE.

COUNSEL FOR COMPLAINANTS WHO WILL PARTICIPATE IN SAID
DEPOSITIONS ARE MARK GERARD DAVIS, RONALD JOHN PABIS,
KHASHAYAR STEPHEN SHAHIDA, BUREDEN JONES WARREN, AMALIE
MARGARET CLEARY WEBER, ANISH ROHIT DESAI, HANKIL DANIEL KANG
AND JOHN EDWARD TURNER. BRUCE HOLCOMBE, YUJI YOKOYAMA, AND
HIROKO MOLING WILL ACT AS TRANSLATOR FOR COMPLAINANTS.

THE PROCEEDINGS WILL BE REPORTED BY AMERICAN REALTIME COURT
REPORTERS. LEGAL VIDEO ASIA WILL BE THE VIDEOGRAPHER. PLEASE
CAUSE THE TESTIMONY OF SAID WITNESSES TO BE RECORDED BY VIDEO,
REDUCED TO WRITING, AND THE DEPOSITIONS SIGNED BY SAID WITNESSES,
AND ANNEX SAID DEPOSITION TESTIMONY TO YOUR COMMISSION AND
CLOSE THE SAME UNDER YOUR SEAL AND MAKE RETURN THEREOF TO THIS
COURT WITH ALL CONVENIENT SPEED.

WITNESS, the Honorable _Thomas F. Hogan_, United States Judge of the United
States District Court, District of Columbia, this _5_ day of _May_, 2008.

Honorable
United States Judge
United States District Court
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001
USA

2

I hereby certify that the signature above is that of the Hon. _____, United States Judge of the United States District Court of the District of Columbia.

_____, Clerk of the Court

By: _____

Deputy Clerk: _____

Seal:

WDC99 1554506-2.074442.0012

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **RESPONDENTS' EMERGENCY UNOPPOSED MOTION FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION FOR THE TAKING OF DEPOSITIONS IN JAPAN AND MEMORANDUM IN SUPPORT THEREOF (PUBLIC)** was served to the parties, in the manner indicated below, this 22nd day of January 2010:

The Honorable E. James Gildea
ADMINISTRATIVE LAW JUDGE
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 317-E
Washington, DC 20436
**(VIA HAND DELIVERY – 2 copies)**

Aarti Shah, Esq.
Office of Unfair Import Investigations
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 401N
Washington, DC 20436
**(VIA ELECTRONIC MAIL)**

### COUNSEL FOR COMPLAINANT MURATA MANUFACTURING CO., LTD. AND MURATA ELECTRONICS NORTH AMERICA, INC.

Steven J. Routh
Sten A. Jensen
Steven E. Adkins
T. Vann Pearce
Jordan Coyle
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005
**(VIA ELECTRONIC MAIL)**

William H. Wright
Nic Merrin
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017
**(VIA ELECTRONIC MAIL)**

ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth St., N.W., Fifth Floor
Washington, DC 20036

SEMCO100010-Disc

EXHIBIT 3

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:** | **MISC. ACTION NO.** ___10-74___ |
| **CERTAIN CERAMIC CAPACITORS AND PRODUCTS CONTAINING SAME** | **REQUEST FOR ISSUANCE OF AN ORDER TO TAKE DEPOSITIONS IN JAPAN** |
| Samsung Electro-Mechanics Co., Ltd.<br>314 Maetan-3-dong, Yeongtong-gu<br>Suwon City 443-743, South Korea | DEPONENTS:<br>EMPLOYEES OF MURATA<br>MANUFACTURING CO. LTD. |
| Samsung Electro-Mechanics America, Inc.<br>3345 Michelson Drive, Suite 350<br>Irvine, California 92612 | **FILED**<br>**JAN 2 5 2010** |

**DEPOSITION ORDER**

Clerk, U.S. District and
Bankruptcy Courts

TO: Any Consul or Vice Consul of The United States of America
American Consulate General Osaka-Kobe, Japan
11-5 Nishitenma 2-chome, Kita-ku
Osaka 530-8543, Japan

Upon application by Respondents Samsung Electro-Mechanics Co., Ltd. and Samsung

Electro-Mechanics America, Inc. (together, the "SEMCO Respondents") and pursuant to Article

17 of the United States-Japan Consular Convention, it is hereby **ORDERED** that the depositions

on notice of the following employees of Murata Manufacturing Co. Ltd. (hereinafter, "Murata")

be taken, and the marking of any documentary exhibits in connection therewith be permitted, at

the United States Consulate in Osaka, Japan, before any consular officer of the United States:

> Yoshikazu Takagi
> Yasushi Ueno
> Hiroshi Sekidou
> Nagato Omori
> Kazuaki Kawabata

It is further **ORDERED** that the depositions of these employees of Murata shall commence on or about February 18, 2010, and continue day-to-day until on or about February 26, 2010.

Listed below are names of the persons who may participate, attend or assist in these depositions:

### For Respondents

Steven J. Akerley (counsel)
David Murphy (counsel)
John Kappos (counsel)
Kristopher M. Dawes (counsel)
Paul Zeineddin (counsel)
George Riley (counsel)
Anne Huffsmith (counsel)
Michelle Clark (counsel)
Jennifer Glad (counsel)
Matthew Moses (counsel)
Sharon Lancaster (court reporter-Veritext Court Reporters)
Soseh Celestina Kevorkian (videographer-Veritext Court Reporters)
Jeanne Bullis (court reporter – Merrill Corporation)
Wah Kit (videographer – Merrill Corporation)
Glen Anderson (interpreter–Pan-Asia Consulting & Language Services, Inc.)
Megumi Matsuoka (interpreter–Pan-Asia Consulting & Language Services, Inc.)

### For Complainants

Steven J. Routh (counsel)
Sten A. Jensen (counsel)
Steven E. Adkins (counsel)
Jordan Coyle (counsel)
T. Vann Pearce (counsel)
William H. Wright (counsel)
Nic Merrin (counsel)
Diana Szego (counsel)
Alan Chen (counsel)
John Inge (counsel)
Seiko Hino (interpreter)
Jin Jung Ja (interpreter)

Chieko Sakuta (interpreter)
Toyu Yazaki (interpreter)
Toshi Tahara (Murata representative)
Tsuyoshi Kunotsubo (Murata representative)

**For the International Trade Commission**

Aarti Shah (counsel)

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the deposition to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and make the return of these materials to this Court with all convenient speed.

WITNESS, the Honorable $\underline{Emmet\ G.\ Sullivan}$ United States Judge of the United States District Court for the District of Columbia, this $\underline{25}$ day of $\underline{Jan}$, 2010.

United States District Judge
United States District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001
United States of America

I hereby certify that the signature above is that of the Honorable $\underline{Emmet\ G.\ Sullivan}$ United States Judge of the United States District Court for the District of Columbia.

$\underline{Greg\ Hughes,\ Acting}$ Clerk of the Court

Date: $\underline{Jan\ 25,\ 2010}$

Deputy Clerk: _____

Seal:

SEMCO701010-Order

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **RESPONDENTS' EMERGENCY UNOPPOSED MOTION FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA TO ISSUE AN ORDER/COMMISSION FOR THE TAKING OF DEPOSITIONS IN JAPAN** was served to the parties, in the manner indicated below, this 5th day of February 2010:

Aarti Shah, Esq.
Office of Unfair Import Investigations
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, S.W., Room 401N
Washington, DC 20436

**(VIA E-MAIL AND FEDERAL EXPRESS)**

**COUNSEL FOR COMPLAINANT MURATA MANUFACTURING CO., LTD. AND MURATA ELECTRONICS NORTH AMERICA, INC.**

Steven J. Routh
Sten A. Jensen
Steven E. Adkins
T. Vann Pearce
Jordan Coyle
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, N.W.
Washington, DC 20005

**(VIA E-MAIL AND FEDERAL EXPRESS)**

William H. Wright
Nic Merrin
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, California 90017

**(VIA E-MAIL AND FEDERAL EXPRESS)**

Michael Vickery